**Order entered January 2, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01215-CV

## HIGHLAND CAPITAL MANAGEMENT, L.P., Appellant

## V.

## PATRICK DAUGHERTY, Appellee

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 12-04005**

## ORDER

The Court has reviewed the seven volume sealed clerk's record in this case. Upon review of the clerk's record, it appears the trial court has ordered sealed only a portion of the documents filed in the trial. Accordingly, we **STRIKE** the sealed clerk's record. We **ORDER** Felicia Pitre, District Clerk of Dallas County, to file **within ten (10) days of the date of this order** a corrected sealed clerk's record that includes only those documents filed under seal in the trial court and to file a corrected unsealed clerk's record that includes all remaining items the parties have requested included in the clerk's record.

/s/     CAROLYN WRIGHT
        CHIEF JUSTICE